| Respond to Selected Documents

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ✔

**04/23/2026**

> **Amended Motion/Petition Filed**
> FIRST AMENDED PETITION

**04/13/2026**

> **Summons Personally Served**
> Document ID - 26-SMCC-5016; Served To - KITO BESS; Served Date - 03/31/2026; Served Time - 00:00:00; Service Type - SP; Reason Description - SERV; Service Text -

**04/02/2026**

> **Notice of Service**
> 26-SMCC-5018.
> **Notice of Service**
> 26-SMCC-5020.
> **Notice of Service**
> 26-SMCC-5021.
> **Notice of Service**
> 26-SMCC-5019.
> **Notice of Service**
> 26-SMCC-5015.
> **Agent Served**
> Document ID - 26-SMCC-5018; Served To - NICKI BOND; Served Date - 03/27/2026; Served Time - 00:00:00; Service Type - SD; Reason Description - SERV; Service Text -
> **Agent Served**
> Document ID - 26-SMCC-5020; Served To - LORIS WILLIAMS; Served Date - 03/27/2026; Served Time - 00:00:00; Service Type - SD; Reason Description - SERV; Service Text -
> **Agent Served**
> Document ID - 26-SMCC-5021; Served To - JONEL COLEMAN; Served Date - 03/27/2026; Served Time - 00:00:00; Service Type - SD; Reason Description - SERV; Service Text -
> **Agent Served**
> Document ID - 26-SMCC-5019; Served To - MIA SUTTON; Served Date - 03/27/2026; Served Time - 00:00:00; Service Type - SD; Reason Description - SERV; Service Text -
> **Agent Served**
> Document ID - 26-SMCC-5015; Served To - MATT LIVASY; Served Date - 03/27/2026; Served Time - 00:00:00; Service Type - SD; Reason Description - SERV; Service Text -

**03/25/2026**

> **Redaction Certification Filed**
> **Confid Filing Info Sheet Filed**
> **Judge Assigned**
> DIV 1
> **Summons Issued-Circuit**
> Document ID: 26-SMCC-5021, for COLEMAN, JONEL
> **Summons Issued-Circuit**
> Document ID: 26-SMCC-5020, for WILLIAMS, LORIS
> **Summons Issued-Circuit**
> Document ID: 26-SMCC-5019, for SUTTON, MIA
> **Summons Issued-Circuit**
> Document ID: 26-SMCC-5018, for BOND, NICKI
> **Summons Issued-Circuit**
> Document ID: 26-SMCC-5017, for BARNES, BETTY
> **Summons Issued-Circuit**
> Document ID: 26-SMCC-5016, for BESS, KITO
> **Summons Issued-Circuit**
> Document ID: 26-SMCC-5015, for LIVASY, MATT
> **Summons Issued-Circuit**
> Document ID: 26-SMCC-5014, for ST LOUIS COUNTY MISSOURI
> **Pet Filed in Circuit Ct**

 EXHIBIT A

**In the**

# CIRCUIT COURT
## of St. Louis County, Missouri



_Diondrae L Johnson, Sr_
Plaintiff(s)

vs.

_St. Louis County Missouri, et al_
Defendant(s)

Date: _3-25-2026_

Case Number: _26SL-CC02714_

Division: _1_

**FILED**

MAR 25 2026

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

For File Stamp Only

_See Attached._

Subscribed and sworn to before me this _25th_
day of _March_, 20 _26_
in the County of St. Louis, State of Missouri

_Donna S Dancer_

Notary Public

DONNA S DANCER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES SEPTEMBER 27, 2026
ST. LOUIS COUNTY
COMMISSION #04469074

**SO ORDERED**

_Diondrae L Johnson Sr_    _3-25-2026_
Attorney                                  Bar No.

_5713 Jennings Sta. Rd St. Louis MO 63136_
Address

_314-262-1826_
Phone No.                                Fax No.

Attorney                                  Bar No.

Address

Phone No.                                Fax No.

Judge

**ENTERED:** _____
                    (Date)

CCOPR47-WS   Rev. 02/14

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

DIONDRAE L. JOHNSON, SR.,
Plaintiff,

v.

ST. LOUIS COUNTY, MISSOURI,
BETTY BARNES,
MIA SUTTON,
NICKI BOND,
KITO BESS,
JONEL COLEMAN,
MATT LIVASY,
LORIS WILLIAMS,
Defendants.

## PETITION FOR DAMAGES AND INJUNCTIVE RELIEF

## I. PARTIES

1. Plaintiff Diondrae L. Johnson, Sr. is a Missouri resident employed by the St. Louis County Department of Justice Services.

2. Defendant St. Louis County is a political subdivision of the State of Missouri.

3. Defendant Betty Barnes participated in adverse actions.

4. Defendant Mia Sutton participated in discipline.

5. Defendant Nicki Bond exercised authority over reassignment and accommodations.

6. Defendant Kito Bess exercised authority over hiring decisions.

7. Defendant Jonel Coleman exercised final policymaking authority.

8. Defendant Matt Livasy participated in HR decision-making.

9. Defendant Loris Williams participated in grievance handling and record processing.

10. All Defendants acted under color of state law.

## II. JURISDICTION AND VENUE

11. Venue is proper in St. Louis County.

12. This Court has jurisdiction over all claims.

13. This Court has jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. §1331 and 42 U.S.C. §12117(a), and supplemental jurisdiction over related state law claims pursuant to 28 U.S.C. §1367.

14. Plaintiff exhausted administrative remedies and received a Notice of Right to Sue dated February 18, 2026. This action is filed within ninety (90) days of receipt of said Notice.

## III. FACTUAL ALLEGATIONS

### A. Employment

15. Plaintiff began employment in October 2023.

16. Plaintiff performed satisfactorily.

### B. Protected Activity

17. Plaintiff engaged in protected activity, including participation in a group grievance submitted on or about December 26–27, 2024, concerning workplace conditions and leadership practices.

18. Plaintiff experienced adverse treatment shortly thereafter.

### C. Hiring Manipulation (Bess)

19. Plaintiff was qualified for promotion.

20. Plaintiff completed all steps.

21. An eligible list existed.

22. Certification is controlled by the Personnel Director.

23. Defendant Bess lacked authority to alter the list.

24. The process was altered after protected activity.

25. The list was bypassed or modified.

26. Plaintiff was excluded.

27. These events occurred in early 2025, with the selection decision finalized on or about April 2, 2025.

28. On April 2, 2025, Defendants formally announced the selection of another candidate for the Senior Community Corrections Officer position, with an effective date of April 14, 2025, thereby denying Plaintiff the promotion.

29. Plaintiff was treated differently.

30. Plaintiff filed a grievance.

2

31. This constituted an adverse action.

32. Defendant Bess acted outside lawful authority.

D. Grievance Retaliation

33. Plaintiff filed grievances.

34. Defendants responded inconsistently.

E. Medical Restrictions

35. Plaintiff sustained a work injury.

36. Plaintiff had documented restrictions.

37. Defendants ignored or challenged them.

F. Discipline & Reassignment

38. Plaintiff received discipline.

39. Plaintiff was reassigned.

40. This was adverse.

G. HR Interference

41. Plaintiff submitted grievance materials.

42. HR failed to properly process them.

43. This interfered with remedies.

H. Sunshine Violations

44. Plaintiff submitted lawful Missouri Sunshine requests seeking internal Human Resources communications and related records.

45. Defendants failed to fully comply with these requests, including failing to produce known responsive records.

46. Defendants failed to produce known responsive records, including internal Human Resources communications dated January 28, 2025, despite Plaintiff specifically requesting such materials. Upon information and belief, these records were produced to other individuals but withheld from Plaintiff.

47. Defendants' conduct was knowing and purposeful, as the withheld records directly relate to the subject matter of Plaintiff's request and were within the possession and control of Defendants at the time of the request.

3

I. Contradictory Discipline

48. Plaintiff was disciplined for second floor access.

49. Defendant Sutton later directed Plaintiff to go there.

50. This contradicts prior discipline.

51. This shows pretext.

52. This supports retaliation.

J. Disability Discrimination, Failure to Accommodate, Obstruction and Retaliation

53. Plaintiff sustained a work-related injury and was placed on documented medical restrictions, including limitations on screen time and workload.

54. These restrictions were provided to Defendants and constituted notice of a qualifying disability.

55. Plaintiff requested reasonable accommodations.

56. Defendants failed to engage in the interactive process.

57. Defendants increased Plaintiff's workload during the restriction period.

58. Plaintiff was required to perform full duties despite limitations.

59. No accommodation was provided.

60. Plaintiff was reassigned during the restriction period.

61. Plaintiff notified Human Resources.

62. Human Resources failed to act.

63. Plaintiff was disciplined during restrictions.

64. Plaintiff submitted supplemental grievances.

65. Defendants refused to review them.

66. This constitutes obstruction and retaliation.

67. Plaintiff suffered damages.

K. Omission of Evidence and Incomplete Record (Loris Williams / HR)

68. Plaintiff submitted a grievance record exceeding one hundred pages.

69. The record included medical documentation, directives, emails, and exhibits.

70. Defendants acknowledged receipt of these materials.

4

71. However, Defendants failed to maintain or return the full record.

72. The returned materials omitted the majority of submitted evidence.

73. The omitted materials included key evidence supporting Plaintiff's claims.

74. Defendants relied on selective portions of the record.

75. The grievance determination was based on an incomplete record.

76. This deprived Plaintiff of a fair review.

77. This constitutes procedural irregularity and evidentiary suppression.

78. The outcome was arbitrary and capricious.

## IV. COUNT I – WHISTLEBLOWER RETALIATION (RSMo §105.055)

79. Plaintiff incorporates all prior paragraphs.

80. Plaintiff engaged in protected activity.

81. Defendants took adverse actions.

82. These actions were retaliatory.

## V. COUNT II – DISABILITY DISCRIMINATION (RSMo §213.055)

83. Plaintiff incorporates all prior paragraphs.

84. Plaintiff had a disability.

85. Defendants failed to accommodate.

86. Defendants took adverse actions.

87. This constitutes discrimination.

## VI. COUNT III – RETALIATION (RSMo §213.070)

88. Plaintiff incorporates all prior paragraphs.

89. Plaintiff engaged in protected activity.

90. Defendants retaliated.

91. Refusal to review supplementals supports retaliation.

## VII. COUNT IV – SUNSHINE LAW

92. Plaintiff made lawful requests for public records pursuant to the Missouri Sunshine Law, RSMo §610.010 et seq.

5

93. Defendants failed to timely and fully comply with such requests, including withholding responsive records in violation of RSMo §610.023.

## VIII. COUNT V – CIVIL SERVICE VIOLATIONS

94. Defendants violated merit-based hiring rules.

## IX. COUNT VI – §1983 (CONSTITUTIONAL VIOLATIONS)

95. Plaintiff incorporates all prior paragraphs.

96. Defendants acted under color of state law.

97. Plaintiff possessed protected property and/or liberty interests in continued public employment, fair grievance procedures, and protection from arbitrary and retaliatory government action.

98. Defendants deprived Plaintiff of these rights through:
   a. Failure to provide fair grievance review;
   b. Omission and suppression of evidence;
   c. Arbitrary and pretextual discipline;
   d. Retaliatory reassignment and actions.

99. The grievance process was fundamentally unfair and biased.

100.    Defendants' conduct was intentional and arbitrary.

101.    Plaintiff suffered damages as a result.

## X. COUNT VII – DISABILITY DISCRIMINATION (ADA – 42 U.S.C. §12112)

102.    Plaintiff incorporates all prior paragraphs.

103.    Plaintiff is a qualified individual with a disability.

104.    Plaintiff was able to perform the essential functions of his position with reasonable accommodation.

105.    Defendants were aware of Plaintiff's disability and medical restrictions.

106.    Defendants subjected Plaintiff to adverse employment actions, including reassignment, increased workload, and discipline.

107.    These actions were taken because of Plaintiff's disability.

108.    Defendants' conduct constitutes unlawful discrimination under the ADA.

## XI. COUNT VIII – FAILURE TO ACCOMMODATE (ADA)

109.    Plaintiff incorporates all prior paragraphs.

110.    Plaintiff requested reasonable accommodations.

111.    Defendants failed to engage in the interactive process.

112.    Defendants failed to provide any reasonable accommodation.

113.    Defendants instead imposed conditions that violated medical restrictions.

114.    This failure constitutes a violation of the ADA.

## XII. COUNT IX – ADA RETALIATION (42 U.S.C. §12203)

115.    Plaintiff incorporates all prior paragraphs.

116.    Plaintiff engaged in protected activity by requesting accommodations, reporting violations, and filing grievances.

117.    Defendants took materially adverse actions against Plaintiff.

118.    These actions were causally connected to Plaintiff's protected activity.

119.    Defendants' conduct constitutes unlawful retaliation under the ADA.

## XIII. DAMAGES

120.    Plaintiff suffered damages including, but not limited to:
a. Lost wages and lost promotional opportunities;
b. Loss of employment benefits;
c. Emotional distress;
d. Medical expenses;
e. Out-of-pocket costs;
f. Reputational harm;
g. Other economic and non-economic damages to be proven at trial.

121.    Plaintiff is entitled to:
a. Compensatory damages;
b. Punitive damages where permitted;
c. Attorney's fees pursuant to 42 U.S.C. §12205;
d. Costs.

## XIV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff and against Defendants;
B. Award compensatory damages;
C. Award punitive damages where permitted by law;
D. Grant injunctive relief;

7

E. Award attorney's fees and costs;

F. Grant such other and further relief as the Court deems just and proper.

## XV. JURY DEMAND

122.    Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Diondrae L. Johnson, Sr.
5713 Jennings Station Road
St. Louis, MO 63136
Phone: 314-262-1826
Plaintiff, Pro Se

8

**In the**

# CIRCUIT COURT
## Of St. Louis County, Missouri

For File Stamp Only

Diondrae L Johnson, Sr
Plaintiff(s)

vs.

St. Louis County, Missouri, et al
Defendant(s)

Date: March 25, 2026

Case Number: 26SL-CC02714

Division: 1

Day: 1

**FILED**

MAR 25 2026

JOAN M. GILMER
CIRCUIT CLERK, ST LOUIS COUNTY

## Service Instructions

✓ ✗

Defendant Name: St. Louis County, Missouri

Address: 41 South Central Ave

City, State, Zip Code: Clayton, MO 63105

✓ ✗

Defendant Name: Betty Barnes

Address: 100 South Central Ave

City, State, Zip Code: Clayton, MO 63105

✓ ✗

Defendant Name: Mia Sutton

Address: 100 South Central Ave

City, State, Zip Code: Clayton, MO 63105

Diondrae L Johnson Sr
Filer's Name

Filer's Signature

5713 Jennings Station Road
Address

St Louis, Missouri 63136
City, State, Zip Code

314-262-1826
Phone Number

**In the**

# CIRCUIT COURT
## Of St. Louis County, Missouri

For File Stamp Only

Diandrae L Johnson Sr
Plaintiff(s)

March 25, 2026
Date

vs.

Case Number

St. Louis County, Missouri, et al
Defendant(s)

Division                    Day

## Service Instructions

✓

Defendant Name: Nicki Bond

Address: 100 South Central Ave

City, State, Zip Code: Clayton, MO 63105

✓

Defendant Name: Kito Bess

Address: Colorado Department of Corrections 1250 Academy Park Loop

City, State, Zip Code: Colorado Springs, CO 80910

✓

Defendant Name: Jonel Coleman

Address: 100 South Central Ave

City, State, Zip Code: Clayton, MO 63105

Diandrae L Johnson Sr
Filer's Name

Diandrae M Johnson
Filer's Signature

5713 Jennings St Rd
Address

St. Louis, Missouri 63136
City, State, Zip Code

314-262-1826
Phone Number

## In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

For File Stamp Only

Diondrae L Johnson Sr
Plaintiff(s)

March 25, 2026
Date

vs.

Case Number

St. Louis County Missouri, et al
Defendant(s)

Division        Day

## Service Instructions

Defendant Name: ___Matt Livasy___

Address: __41 South Central Ave__

City, State, Zip Code: __Clayton, Missouri 63105__

Defendant Name: ___Loris Williams___

Address: __41 South Central Ave__

City, State, Zip Code: __Clayton, Missouri 63105__

Defendant Name: _____

Address: _____

City, State, Zip Code: _____

Diondrae L Johnson Sr
Filer's Name                 Filer's Signature

5713 Jennings Station Road
Address

St. Louis, Missouri 63136
City, State, Zip Code

314-262-1826
Phone Number

```
        OFFICE OF THE CIRCUIT CLERK              Invoice No: 341200
        CIRCUIT COURT OF ST.LOUIS CO                 Date: 03/25/26
           105 SOUTH CENTRAL AVENUE
             CLAYTON, MO   63105                       Page: 1
               314-615-8035
```

```
                                           Customer No: 0
                                           Phone No:

   DIONDRAE JOHNSON
```

Cust. Order #: 26SL-CC01714          Salesperson: #32 - PATRICIA

| Product Code | Item Description | Qty | Unit Price | Amount |
|---|---|---|---|---|
| 110 | CIVIL & EQUITY FILING | 1 | 105.50 | 105.50 |

```
                                        Sub-Total:        105.50

                                         Shipping:          0.00
                                    Tax [    0]:         EXEMPT  *
                                         =======================
                                            Total:        105.50
                                            CASH :        105.50
                                         =======================
  T h a n k                          Amount Paid:        105.50
  Y o u                              Amount Due:           0.00
                                         Change:           0.00
```

IN THE **21ST** JUDICIAL CIRCUIT, _____ **ST LOUIS** _____ COUNTY, MISSOURI

| | |
|---|---|
| Name:<br>*Diandrae L Johnson Sr* | Case Number:<br>*26SL-CC02714* |
| Address:<br>*5713 Jennings Station Road*<br>*St. Louis, MO 63136* | Case Type:<br>*Employment Discrimination* **FILED**<br>Style of Case:<br>*Johnson v St. Louis County* MAR 2 5 2026<br>*et al* |
| Document Filed: | **JOAN M. GILMER**<br>CIRCUIT CLERK, ST LOUIS COUNTY<br>(Date File Stamp) |

## Redaction Certification

The filer certifies that all documents in this submission for filing with the court comply with all redaction requirements of Rules 19.10, 55.025, or 84.015.

**COR 2.02**

The responsibility for redacting confidential information rests solely with the counsel, parties, or any other person filing the document. Courts will not review each case document to ensure compliance and will not refuse to accept or file a document on that basis.

On and after the Expanded Remote Access Implementation Date: July 1, 2023

1. All redactions shall be done in a manner that makes it clear that information has been redacted. If necessary to reference the redacted information in a redacted document, filers shall use generic descriptors.

2. When a filer redacts information from a document offered for filing in any court, the filer also must file a confidential redacted information filing sheet that either:

   ▪ has the unredacted version of the document attached; or

   ▪ sets out the information redacted from the document with an explanation referencing where the information was redacted from in the document or the generic descriptors used in the document to reference the redacted information.

3. All filers shall affirmatively certify compliance with the redaction requirements in Rules 19.10, 55.025, and 84.015 when a document is filed. This certification shall be accomplished through an automated process implemented in the electronic filing system for its authorized users or, for filers who are not authorized users of the electronic filing system, by a paper form attached to the document or on the document itself.

4. When a motion is filed alleging a document filed with the court contains insufficiently redacted confidential information, the clerk shall raise the document's security level to a confidential setting. The court shall dispose of the motion within 30 days. If the court determines the document is sufficiently redacted, the clerk shall reset the document's security level to allow for proper public access.

**I HAVE READ AND UNDERSTAND THE ABOVE.**

| | |
|---|---|
| *March 25, 2026* | *Diandrae L Johnson Sr* |
| Date | Filer's Signature |

.100, S. Central

# Summons in Civil Case

## IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

## RETURN

SB
4-24

| Judge or Division:<br>BRIAN H. MAY | Case Number: 26SL-CC02714 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DIONDRAE L JOHNSON SR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DIONDRAE L JOHNSON SR<br>5713 JENNINGS STATION RD<br>SAINT LOUIS, MO 63136 | |
| Defendant/Respondent:<br>ST LOUIS COUNTY MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

The State of Missouri to:   NICKI BOND
Alias:
100 SOUTH CENTRAL AVE
CLAYTON, MO 63105

22
DARBM
SW.

Other Addresses:

ST. LOUIS COUNTY SHERIFF'S OFFICE

2026 MAR 25   PM 3:06

RECEIVED

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**ST. LOUIS COUNTY**

Further Information:
PH

| 25-MAR-2026 | /s/ PHEBE HARRIS |
|---|---|
| Date | Clerk |

IV 2003-26, 26-001751-9
SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-5018**
1 of 2 (26SL-CC02714)

Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Case Number: 26SL-CC02714**

### Officer's or Server's Return

**Note to serving officer:** Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☑ other: SERVED KEITH SCHIIDROTH COUNTY CLERK'S OFFICE.

Served at 41 S. CENTRAL ST. LOUIS MO 63105 (address)

in STC (County/City of St. Louis), MO, on 3-27-26 (date)

at 11:47A (time).

MARK DARBY
_____
Printed Name of Officer or Server

Mark Darby
_____
Signature of Officer or Server
DEPUTY SHERIFF

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

(Seal)          My commission expires: _____ _____

                                        Date                     Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

UCS-CENTRAL



# Summons in Civil Case

RETURN

SB 424

## IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>BRIAN H. MAY | Case Number:  26SL-CC02714 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DIONDRAE L JOHNSON SR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DIONDRAE L JOHNSON SR<br>5713 JENNINGS STATION RD<br>SAINT LOUIS, MO  63136 | |
| Defendant/Respondent:<br>ST LOUIS COUNTY MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

The State of Missouri to:  LORIS WILLIAMS
Alias:
41 SOUTH CENTRAL AVE
ST LOUIS, MO  63105

22
DARBM
S.W.

ST LOUIS COUNTY SHERIFF'S OFFICE    2026 MAR 25  PM 3:0    RECEIVED

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**ST. LOUIS COUNTY**

| 25-MAR-2026 | /s/ PHEBE HARRIS |
|---|---|
| Date | Clerk |

**Further Information:**
PH

Case Number: 26SL-CC02714

### Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☒ other: SERVED: KEITH SCHILDROTH  COUNTY CLERK'S OFFICER.

Served at 41 S. CENTRAL ST. LOUIS MO 63105 _____ (address)

in _____ STC _____ (County/City of St. Louis), MO, on 3-27-26 _____ (date)

at 11ᴬᴹ A (time).

MARK DARBY
**Printed Name of Officer or Server**

Mark Darby
**Signature of Officer or Server**
DEPUTY SHERIFF

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____  _____

Date                         Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-5020**
2 of 2 (26SL-CC02714)          Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# Summons in Civil Case

## IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

**RETURN**

| Judge or Division:<br>BRIAN H. MAY | Case Number: 26SL-CC02714 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DIONDRAE L JOHNSON SR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DIONDRAE L JOHNSON SR<br>5713 JENNINGS STATION RD<br>SAINT LOUIS, MO  63136 | |
| Defendant/Respondent:<br>ST LOUIS COUNTY MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

The State of Missouri to:  JONEL COLEMAN
Alias:
**100 SOUTH CENTRAL AVE**
**CLAYTON, MO  63105**

**Other Addresses:**

RECEIVED 2026 MAR 25 PM 3:0 ST. LOUIS COUNTY SHERIFF'S OFFICE

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**ST. LOUIS COUNTY**

| 25-MAR-2026 | /s/ PHEBE HARRIS |
|---|---|
| Date | Clerk |

**Further Information:**
PH

Case Number: **26SL-CC02714**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☑ other: SERVED KEITH SCHILDROTH - COUNTY CLERK'S OFFICE

Served at 41 S. CENTRAL ST LOUIS MO 63105 (address)

in STL (County/~~City~~ of St. Louis), MO, on 3-27-26 (date)

at 11:47 A (time).

MARK DARBY
Printed Name of Officer or Server

*Mark Darby*
Signature of Officer or Server
DEPTY SHERIFF

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____  _____

Date        Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* Document ID # 26-SMCC-5021
2 of 2 (26SL-CC02714)
Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# Summons in Civil Case

RETURN

## IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>BRIAN H. MAY | Case Number: 26SL-CC02714 |
| Plaintiff/Petitioner:<br>DIONDRAE L JOHNSON SR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DIONDRAE L JOHNSON SR<br>5713 JENNINGS STATION RD<br>SAINT LOUIS, MO  63136 |
| Defendant/Respondent:<br>ST LOUIS COUNTY MISSOURI<br>Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |

(Date File Stamp for Return)

The State of Missouri to:  MIA SUTTON
Alias:
100 SOUTH CENTRAL AVE
CLAYTON, MO  63105

Other Addresses:

RECEIVED 2026 MAR 25 PM 3:0_ ST. LOUIS COUNTY SHERIFF'S OFFICE

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**ST. LOUIS COUNTY**

| 25-MAR-2026 | /s/ PHEBE HARRIS |
|---|---|
| Date | Clerk |

Further Information:
PH

Case Number: 26SL-CC02714

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☒ other: SERVED: KEITH SCHILDROTH - County Clerk's Office.

Served at __41 S. CENTRAL ST. Louis MO 63105__ (address)

in __STC__ (County/City of St. Louis), MO, on __3-27-26__ (date)

at __11⁴⁷A__ (time).

__Mark Darby__                          __Mark Darby__
Printed Name of Officer or Server        Signature of Officer or Server
                                         DEPUTY SHERIFF

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

_(Seal)_

My commission expires: _____   _____

                        Date                    Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) _For Court Use Only:_ **Document ID # 26-SMCC-5019**
2 of 2 (26SL-CC02714)                    Civil Procedure Form No. 1, SCR 54.01 – 54.05,
                                         54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

*91 S. Central*    *5-27-26  11ᵃᵐ  Room*

# Summons in Civil Case

## RETURN

SD
424

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>BRIAN H. MAY | Case Number: 26SL-CC02714 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DIONDRAE L JOHNSON SR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DIONDRAE L JOHNSON SR<br>5713 JENNINGS STATION RD<br>SAINT LOUIS, MO  63136 | |
| Defendant/Respondent:<br>ST LOUIS COUNTY MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

The State of Missouri to:  MATT LIVASY
Alias:
41 SOUTH CENTRAL AVENUE
CLAYTON, MO  63105

*22 DARBM SW.*

Other Addresses:

RECEIVED 2026 MAR 25 PH
ST. LOUIS COUNTY SHERIFF'S OFFICE

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

COURT SEAL OF



ST. LOUIS COUNTY

| 25-MAR-2026 | /s/ PHEBE HARRIS |
|---|---|
| Date | Clerk |

Further Information:
PH

Case Number: 26SL-CC02714

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☒ other: SERVED KEITH SCHILDROTH County CLERK'S OFFICE.

Served at _41 S. CENTRAL ST. LOUIS MO 63105_ (address)

in _STL_ (County/City of St. Louis), MO, on _3-27-26_ (date)

at _11:47 A_ (time).

_MARK DARBY_ _Mark Darby_
Printed Name of Officer or Server     Signature of Officer or Server
                                      DEPUTY SHERIFF

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

(Seal)     My commission expires: _____

                                Date                    Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only*: **Document ID # 26-SMCC-5015**
2 of 2 (26SL-CC02714)          Civil Procedure Form No. 1, SCR 54.01 – 54.05,
                          54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

State of Colorado
County of El Paso
Case Number: 26SL-CC2714

Return of Service

**FILED**

Plaintiffs       vs.       Defendants
  DIONDRAE L JOHNSON SR       KITO BESS

APR 13 2026

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

DEPUTY PHILIP GURNETT is sworn upon oath to be over the age of eighteen years; is not a party to the within action; is an employee of the Sheriff's Office in and for the County of El Paso, State of Colorado; and has duly served the within

SUMMONS, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, ATTACHMENT, PETITION

to KITO BESS: by personally handing a true copy to and leaving the same with.

| PERSON TO BE SERVED | PLACE OF SERVICE | DATE AND TIME |
| --- | --- | --- |
| KITO BESS | 1250 ACADEMY PARK LOOP<br>POE: DEPT OF CORRECTIONS<br>COLORADO SPRINGS, CO 80910 | 3/31/2026<br>11:31 AM |

Sheriff Costs: $40.35

Service Number:    26002623

JOSEPH ROYBAL, SHERIFF

DEPUTY PHILIP GURNETT

CO_ElPaso_POS_PersonalService.dot  JM 4/1/2026 7:53 AM

# RETURN OF SERVICE NOTE

El Paso County Sheriff
27 E. Vermijo Avenue
Colorado Springs, CO 80903
4/1/26

Case Number: 26SL-CC2714

Rcv date/time:   3/31/2026 8:07 AM

Court: ST LOUIS COUNTY JUDICIAL CIRCUIT

County: EL PASO
State:   CO

Service Number: 26002623


Court Date:

Serve: KITO BESS

Served Date: 3/31/2026
Service Time: 11:31:00 AM

Deputy: PHILIP GURNETT


Address: 1250 ACADEMY PARK LOOP
POE: DEPT OF CORRECTIONS
COLORADO SPRINGS, CO 80910

Writ(s):

**SUMMONS, NOTICE OF ALTERNATIVE DISPUTE
RESOLUTION SERVICES, ATTACHMENT, PETITION**

Served Name: KITO BESS


**DIONDRAE L JOHNSON SR
Vs
KITO BESS**

Personally deliver to person to serve or to a business


DIONDRAE L JOHNSON SR
5713 JENNINGS STATION ROAD
ST LOUIS, MO 63136


Final Status:      SERVED
Fees Paid:         40.35
Final Fees:        $40.35
Refund Amt:              Refund Check #
Clerk:             J.M.
Amt Due:           $0.00



# Summons in Civil Case

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>BRIAN H. MAY | Case Number: 26SL-CC02714 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DIONDRAE L JOHNSON SR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DIONDRAE L JOHNSON SR<br>5713 JENNINGS STATION RD<br>SAINT LOUIS, MO  63136 | |
| Defendant/Respondent:<br>ST LOUIS COUNTY MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

**The State of Missouri to:**  **KITO BESS**
                     **Alias:**
                     **COLORODO DEPARTMENT OF CORRECT**
                     **1250 ACADEMY PARK LOOP**
                     **COLORADO SPRINGS, CO  80910**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**ST. LOUIS COUNTY**

| 25-MAR-2026 | /s/ PHEBE HARRIS |
|---|---|
| Date | Clerk |

**Further Information:**
PH

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-5016**
1 of 2 (26SL-CC02714)               Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case Number: 26SL-CC02714

### Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                 Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____  _____
                                        Date                                    Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-5016**
2 of 2 (26SL-CC02714)          Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

(1) **Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

CCADM73

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



**OFFICE OF THE CIRCUIT CLERK**
Missouri's 21st Judicial Circuit, St. Louis County
Civil Department
105 South Central Avenue, Clayton, MO 63105
Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.
Phone: 314-615-8029

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 Or 800-735-2966, at least three business days in advance of the court proceeding.