-UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DIONDRAE L. JOHNSON,** | |
| Plaintiff, | |
| v. | Case No. 4:26-cv-00620-MAL |
| **ST. LOUIS COUNTY, MISSOURI et al.,** | |
| Defendant. | |

## MEMORANDUM AND ORDER

Before the Court is Plaintiff Diondrae L. Johnson's Motion for Leave to File Amended Complaint Doc. 13.  Defendant St. Louis County did not file a memorandum in opposition, and the time to do so has passed.  The Motion is **GRANTED** for the following reasons.

After a party amends its pleading once as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  Johnson requests the Court's leave here, which "[t]he court should freely give . . . when justice so requires."  Fed. R. Civ. P. 15(a)(2).  Leave "should normally be granted absent good reason for denial.  The classic 'good reasons' for rejecting an amendment are: 'undue delay, bad faith or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed,

undue prejudice to the non-moving party, or futility of amendment.'" *Popp Telcom v. Am. Sharecom, Inc.,* 210 F.3d 928, 943 (8th Cir. 2000) (internal citations omitted). The party opposing amendment bears the burden of proving that some reason exists to deny leave to amend. *Roberson v. Hayti Police Dep't,* 241 F.3d 992, 995 (8th Cir. 2001). "[W]hether to allow a party to amend her complaint is left to the sound discretion of the district court[.]" *Popoalii v. Corr. Med. Servs.,* 512 F.3d 488, 497 (8th Cir. 2008). Here, the Defendant has not opposed the motion and the time to do so has passed. *See* Local Rule 4.01(B). The Court sees no reason not to grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Diondrae Johnson's Motion For Leave to File Amended Complaint, Doc. 13, is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Diondrae L. Johnson file a clean copy of the proposed Amended Complaint, attached as Exhibit A to his Motion for Leave to File Amended Complaint.

IT **IS FURTHER ORDERED** that the First Motion to Dismiss Case, Doc. 16, is **DENIED** as moot.

SO ORDERED,

This 5th day of June, 2026.

Hon. Maria A. Lanahan
United States District Judge